1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2
   HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  NOAH STERN (CABN 297476)
   Assistant United States Attorney
5
           1301 Clay Street, Suite 340S
6          Oakland, California 94612
           Telephone: (510) 637-3713
7          FAX: (510) 637-3724
           Noah.Stern@usdoj.gov
8
   Attorneys for United States of America
9
                          UNITED STATES DISTRICT COURT
10
                         NORTHERN DISTRICT OF CALIFORNIA
11
                                  OAKLAND DIVISION
12

13 | UNITED STATES OF AMERICA,          ) NO. CR 20-0002 HSG
                                        )
14 |     Plaintiff,                     ) STIPULATION TO EXCLUDE TIME FROM
                                        ) NOVEMBER 2, 2020 TO NOVEMBER 16, 2020
15 | v.                                 ) AND ORDER
                                        )
16 | MALCOLM MAURICE CUMMINGS,          )
                                        )
17 |     Defendant.                     )
                                        )
18

19       It is hereby stipulated by and between counsel for the United States and counsel for the

20  defendant Malcolm Maurice Cummings, that time be excluded under the Speedy Trial Act from

21  November 2, 2020 through November 16, 2020.

22       At the hearing held on November 2, 2020, the government and counsel for the defendant agreed

23  that time be excluded under the Speedy Trial Act so that defense counsel could continue to prepare for

24  the upcoming change of plea, subject to the agreement of Defendant. Defense counsel has since

25  confirmed that Defendant agrees to the exclusion of time. For this reason and as further stated on the

26  record at the status conference, the parties stipulate and agree that excluding time until November 16,

27  2020 will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties

28  further stipulate and agree that the ends of justice served by excluding the time from November 2, 2020

    STIPULATION TO EXCLUDE TIME AND ORDER
    Case No. CR 20-002 HSG                                                              v. 7/10/2018

through November 16, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that he has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED:    November 3, 2020             /s/
                                        NOAH STERN
                                        Assistant United States Attorney

DATED:    November 3, 2020             /s/
                                        GRAHAM ARCHER
                                        Counsel for Defendant MALCOLM MAURICE
                                        CUMMINGS

**ORDER**

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on November 2, 2020 and for good cause shown, the Court finds that failing to exclude the time from November 2, 2020 through November 16, 2020 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from November 2, 2020 through November 16, 2020 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from November 2, 2020 through November 16, 2020 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: 11/6/2020                       _____
                                        HON. HAYWOOD S. GILLIAM, JR.
                                        United States District Judge